PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
AUG 31 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Lawrence Darryl Porter Jr**

**Docket No. 0:02CR00380-001(MJD)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Lawrence Darryl Porter Jr** who was sentenced for Possession with Intent to Distribute Cocaine on August 25, 2003, by the Honorable Michael J. Davis, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment, mandatory drug testing, and no firearms/dangerous weapons

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Porter failed to report for drug testing on August 16 and 25, 2007.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 16 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 31 day of Aug, 2007, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Richard W. Hermes
U.S. Probation Officer
Telephone: 612-664-5368
Executed on August 29, 2007
Place Minneapolis

Approved:

[signature]

John G. Baskfield
Supervising U.S. Probation Officer

SCANNED
SEP 04 2007
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission