Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Lawrence Darryl Porter, Jr

Docket No. 0:02CR00380-001

# HEARING WAIVER

I, Lawrence Darryl Porter, Jr, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall perform 16 hours of community service, as approved by the probation officer.

Signed: Lawrence Porter

Lawrence Darryl Porter, Jr

Witness: [signature]

Dated: 8-29-07

SCANNED
SEP 04 2007
U.S. DISTRICT COURT MPLS